IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REBECCA RUFFIN on behalf of herself and others similarly situated,<br>    Plaintiff,<br><br>    v.<br><br>ASSET ACCEPTANCE, LLC,<br>    Defendant. | )<br>)  1:10-cv-2626<br>)<br>)<br>)  Judge Kendall<br>)<br>)<br>)<br>)  JURY DEMANDED<br>) |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO ASSET ACCEPTANCE'S
<u>MOTION FOR MORE DEFINITE STATEMENT</u>**

    Plaintiff respectfully requests that this Court extend the briefing schedule for Asset Acceptance's Motion for a more definite statement. This is plaintiff's second request for an extension of briefing for this motion. The parties suggest a new briefing schedule, whereby plaintiff's response would be due on <u>July 9, 2010</u>, and reply due on <u>July 16, 2010</u>.

    In support of this motion, plaintiff states:

    1.    This is a Telephone Consumer Protection Act, 47 U.S.C. §227(b) case, alleging that the defendant debt collection agency Asset Acceptance, LLC ("Asset") called plaintiff on her cell phone using an automatic telephone dialing system and/or prerecorded message. *Sengenberger v. Credit Control Services, Inc.*, 2010 WL 1791270 (N.D.Ill. May 5, 2010) (Zagel, J.).

    2.    Although plaintiff's counsel has largely completed a response brief as of June 22, 2010, counsel for plaintiff and counsel for defendant held a telephonic conference on that date

1

and have made certain informal discovery agreements that all parties hope will lead to resolution of the motion without the Court having to issue a ruling.

3. This is plaintiff's second motion for extension of time to file the brief. Plaintiff's counsel previously requested and was granted a one-week extension of time on June 15, 2010, for personal reasons. The current due date for the brief is June 22, 1010.

4. Defense counsel has indicated that defendant does not oppose this motion.

WHEREFORE, plaintiff respectfully requests that this Court extend the briefing schedule for Asset Acceptance's Motion for a more definite statement. This is plaintiff's second request for an extension of briefing for this motion. The parties suggest a new briefing schedule, whereby plaintiff's response would be due on July 9, 2010, and reply due on July 16, 2010.

Respectfully submitted,

/s/Alexander H. Burke

Alexander H. Burke
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com