UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
Eastern Division

Rebecca Ruffin
        Plaintiff,

v.               Case No.: 1:10−cv−02626
               Honorable Virginia M. Kendall

Asset Acceptance, LLC
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 9, 2010:

   MINUTE entry before Honorable Virginia M. Kendall: Plaintiff reports settlement telephonically. All matters in controversy having been resolved, this action is dismissed without prejudice with leave to reinstate by 8/24/2010. If the case has not been resinstated by 8/24/2010, the order of dismissal shall be with prejudice without further order of court. Status hearing date of 7/27/2010 is stricken. Civil case terminated. Mailed notice(jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.